**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 08-cv-02123-REB-BNB

CAH INVESTMENTS, LLC, a Colorado limited liability company, et al.

    Plaintiffs,

v.

RETAIL PRO, INC., f/k/a ISLAND PACIFIC, INC., a Delaware corporation,

    Defendant.

## ORDER ADMINISTRATIVELY CLOSING CASE

**Blackburn, J.**

    This matter is before me *sua sponte*. On January 12, 2009, defendant filed a notice that it had filed a voluntary petition for bankruptcy under Chapter 11 of the Bankruptcy Code. (*See* **Notice of Defendant's Bankruptcy Filing and Request for Automatic Stay** [#21], filed January 12, 2009.) Accordingly, no further action has been taken in the case since that time. It thus appears that this case should be administratively closed, subject to reopening for good cause should the bankruptcy petition be resolved or the stay otherwise rescinded.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That pursuant to D.C.COLO.LCivR 41.2, the clerk is **DIRECTED** to close this case administratively, subject to reopening for good cause;

    2. That **Plaintiffs' Motion for Summary Judgment** [#18], filed December 23, 2008, is **DENIED WITHOUT PREJUDICE**; and

3.  That the Trial Preparation Conference, currently scheduled for Thursday, November 12, 2009, at 9:00 a.m., as well as the trial, currently set to commence on Monday, November 23, 2009, are **VACATED**.

Dated September 3, 2009, at Denver, Colorado.

**BY THE COURT:**

.

*[signature: Bob Blackburn]*
Robert E. Blackburn
United States District Judge